# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

SHALONDA ARCOLA CAMPBELL                                    PETITIONER
ADC #710039

v.                             5:09-cv-00347-BSM-JJV

ARKANSAS DEPARTMENT OF CORRECTION;
LARRY NORRIS, Director, Arkansas Department
of Correction; RAYMOND NAYLOR, Assistant
to the Director, Arkansas Department of Correction           RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Petitioner's Petition (Doc. No. 2) is DISMISSED with prejudice. The requested relief is denied and any pending motions are denied as moot.

DATED this 22nd day of December, 2009.

_____
BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE