IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHALONDA ARCOLA CAMPBELL                                    PETITIONER
ADC #710039

v.                         5:09-cv-00347-BSM-JJV

ARKANSAS DEPARTMENT OF CORRECTION;
LARRY NORRIS, Director, Arkansas Department
of Correction; RAYMOND NAYLOR, Assistant
to the Director, Arkansas Department of Correction            RESPONDENTS
Correction

## JUDGMENT

Consistent with the Order that was entered on this day, judgment is hereby entered dismissing the Petition for Writ of Habeas Corpus with prejudice. The relief sought is denied.

IT IS THEREFORE ORDERED that Petitioner's Petition (Doc. No. 2) is DISMISSED with prejudice.

DATED this 22nd day of December, 2009.

_____
BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE